UNITED STATES of America,
Plaintiff–Appellee

v.

Victor Humberto ARAGUZ–RAMIREZ, also known as V. Ramos, also known as Victor Ramos, also known as Jose Alfredo Araguz, also known as Victor Ramirez–Gonzalez, also known as Victor Araguz, also known as Victor Gonzalez–Ramirez, Defendant–Appellant.

No. 08–40918
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 10, 2009.

Randall A. Blake, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern Dis-

---

trict of Texas, Sherman, TX, for Plaintiff–Appellee.

Denise S. Benson, Assistant, Federal Public Defender, Federal Defender's Office, Eastern District of Texas, Sherman, TX, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Victor Humberto Araguz–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Araguz–Ramirez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

